IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Crim. No. 1:20-cr-75-HSO-JCG |
| | § | Civil No. 1:22-cv-147-HSO |
| BETTY KATHERINE SMITH | § | |

# FINAL JUDGMENT

For the reasons given in the Order denying Defendant Betty Katherine Smith's Motion [81] to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, pursuant to 28 U.S.C. § 2255, the Court hereby enters judgment, pursuant to Federal Rule of Civil Procedure 58. Accordingly,

**IT IS HEREBY ORDERED AND ADJUDGED** that, this case is dismissed.

**SO ORDERED AND ADJUDGED,** this the 11th day of October, 2022.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE